APPEAL,EFILE,RMS

# U.S. District Court
## District of Connecticut (New Haven)
## CIVIL DOCKET FOR CASE #: 3:23-cv-00056-JBA

Nastri v. Dykes
Assigned to: Judge Janet Bond Arterton
Referred to: Judge Robert M. Spector
Cause: 42:1983 Civil Rights Act

Date Filed: 01/14/2023
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**David J. Nastri**     represented by     **Cameron Lee Atkinson**
Atkinson Law, LLC
122 Litchfield Road
P.O. Box 340
Ste. 2
Harwinton, CT 06791
203-677-0782
Email: catkinson@atkinsonlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Katie Dykes**     represented by     **Blake Thomas Sullivan**
*in her official capacity only*
Office of the Attorney General
165 Capitol Ave
Ste 5th Fl
Hartford, CT 06106
860-808-5296
Fax: 860-808-5347
Email: blake.sullivan@ct.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thadius Latimer Bochain**
Office of the Attorney General
165 Capitol Ave.
Hartford, CT 06106
860-808-5020
Fax: 860-808-5347
Email: thadius.bochain@ct.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy J. Holzman**
State of CT, Office of the Attorney General
165 Capitol Avenue
Hartford, CT 06106

860-808-5210
Email: timothy.holzman@ct.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/12/2023 | 47 | NOTICE OF APPEAL as to 46 Order on Motion for Preliminary Injunction,, Order on Motion for TRO,,,, Order on Motion to Dismiss/Lack of Jurisdiction, by David J. Nastri. Filing fee $ 505, receipt number ACTDC-7412024. (Atkinson, Cameron) (Entered: 07/12/2023) |
| 07/12/2023 | 46 | ORDER denying 8 Motion for Preliminary Injunction and 8 Motion for TRO as moot in light of the amended preliminary injunction 14 ; granting 22 Motion to Dismiss for Lack of Jurisdiction; and denying 14 Motion for Preliminary Injunction for lack of subject matter jurisdiction. Signed by Judge Janet Bond Arterton on 7/12/2023. (Anderson, Colleen) (Entered: 07/12/2023) |
| 07/07/2023 | 45 | NOTICE by Katie Dykes *of Supplemental Authority* (Attachments: # 1 MD USDC Decision)(Holzman, Timothy) (Entered: 07/07/2023) |
| 07/04/2023 | 44 | TRANSCRIPT of Proceedings: Type of Hearing: Preliminary Injunction Hearing. Held on 5/10/2023 before Judge Janet Bond Arterton. Court Reporter: Corinne Thomas. **IMPORTANT NOTICE - REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 7/25/2023. Redacted Transcript Deadline set for 8/4/2023. Release of Transcript Restriction set for 10/2/2023. (Thomas, Corinne) (Entered: 07/04/2023) |
| 06/14/2023 | 43 | RESPONSE re 41 Order on Motion for Leave to File, 42 Response filed by David J. Nastri. (Attachments: # 1 Exhibit A - Excerpted Testimony of Professor Saul Cornell) (Atkinson, Cameron) (Entered: 06/14/2023) |
| 06/07/2023 | 42 | RESPONSE re 41 Order on Motion for Leave to File, *Defendant's Supplemental Brief* filed by Katie Dykes. (Sullivan, Blake) (Entered: 06/07/2023) |
| 05/31/2023 | 41 | ORDER granting 40 Defendant's Motion for Leave to File a Supplemental Brief, not to exceed 5 pages, addressing the recently issued decision Koons v. Platkin, No. 22-7464 (RMB/AMD), 2023 WL 3478604 (D.N.J. May 16, 2023). Defendant's brief shall be filed by June 7, 2023; Plaintiff's response brief, also not to exceed 5 pages, shall be filed by June 14, 2023. Signed by Judge Janet Bond Arterton on 5/31/2023. (Anderson, Colleen) (Entered: 05/31/2023) |
| 05/30/2023 | 40 | MOTION for Leave to File *Supplemental Brief* by Katie Dykes. (Attachments: # 1 Koons v. Platkin)(Holzman, Timothy) (Entered: 05/30/2023) |
| 05/11/2023 | 37 | TRANSCRIPT of Proceedings: Type of Hearing: Preliminary Injunction Hearing. Held on 5/9/2023 before Judge Janet Bond Arterton. Court Reporter: Corinne Thomas. **IMPORTANT NOTICE - REDACTION OF TRANSCRIPTS:** To remove personal |

| | | |
|---|---|---|
| | | identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 6/1/2023. Redacted Transcript Deadline set for 6/11/2023. Release of Transcript Restriction set for 8/9/2023. (Thomas, Corinne) (Entered: 05/11/2023) |
| 05/10/2023 | 39 | Minute Entry. Proceedings held before Judge Janet Bond Arterton: Preliminary Injunction Hearing held on 5/10/2023 re 8 Emergency MOTION for Preliminary Injunction *(Ex Parte Relief Not Sought)*Emergency MOTION for Temporary Restraining Order *(Ex Parte Relief Not Sought)* filed by David J. Nastri. Total Time: 5 hours and 19 minutes(Court Reporter Corinne Thomas) (Barry, L) (Entered: 05/22/2023) |
| 05/09/2023 | 38 | Minute Entry. Proceedings held before Judge Janet Bond Arterton: Preliminary Injunction Hearing held on 5/9/2023 re 8 Emergency MOTION for Preliminary Injunction *(Ex Parte Relief Not Sought)*Emergency MOTION for Temporary Restraining Order *(Ex Parte Relief Not Sought)* filed by David J. Nastri. Total Time: 4 hours and 56 minutes(Court Reporter Corinne Thomas) (Barry, L) (Entered: 05/22/2023) |
| 05/09/2023 | 36 | EXHIBIT *Defendant's Ex. 144 - Transcription of Ex. 143 taken from digital archive* by Katie Dykes. (Sullivan, Blake) (Entered: 05/09/2023) |
| 05/08/2023 | 35 | Joint STIPULATION *Of Facts For Purposes Of Preliminary Injunction Hearing Only* by David J. Nastri. (Atkinson, Cameron) (Entered: 05/08/2023) |
| 05/08/2023 | 34 | Proposed Exhibit List by Katie Dykes. (Sullivan, Blake) (Entered: 05/08/2023) |
| 05/03/2023 | 33 | RESPONSE re 27 Memorandum in Opposition to Motion *to Dismiss* filed by Katie Dykes. (Attachments: # 1 Exhibit A - Deposition of David J. Nastri Transcript, # 2 Exhibit B - Unreported Cases)(Sullivan, Blake) (Entered: 05/03/2023) |
| 04/28/2023 | 32 | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. Preliminary injunction hearing will be held 5/9/23 and 5/10/23; 10:00 a.m. - 3:00 p.m. in Courtroom Two, 141 Church Street, New Haven, CT. (Tooker, Aimee) (Entered: 04/28/2023) |
| 04/28/2023 | 31 | ORDER granting on consent 30 Motion for Extension of Time until May 3, 2023 for Defendant to Reply to Plaintiff's 27 Memorandum in Opposition to Motion to Defendant's Motion to Dismiss. Defendant's Reply shall be filed by 5pm on May 3, 2023. Signed by Judge Janet Bond Arterton on 4/28/2023. (Anderson, Colleen) (Entered: 04/28/2023) |
| 04/28/2023 | 30 | MOTION for Extension of Time until May 3, 2023 for Defendant to Reply to Plaintiff's 27 Memorandum in Opposition to Motion by Katie Dykes. (Sullivan, Blake) (Entered: 04/28/2023) |
| 04/26/2023 | 29 | Minute Entry for proceedings held before Judge Janet Bond Arterton: Telephonic Status Conference held on 4/26/2023. TOTAL TIME: 19 minutes(Court Reporter Corrine Thomas.) (Sichanh, Christina) (Entered: 04/26/2023) |

| | | | |
|---|---|---|---|
| 04/14/2023 | 28 | | REPLY to Response to 14 Emergency MOTION for Preliminary Injunction *(Amended Per 1/27/23 Colloquy With Court & Defendant)* filed by David J. Nastri. (Atkinson, Cameron) (Entered: 04/14/2023) |
| 04/14/2023 | 27 | | Memorandum in Opposition *(Oral Argument Not Requested)* re 22 MOTION to Dismiss for Lack of Jurisdiction *Amended Complaint 13* filed by David J. Nastri. (Atkinson, Cameron) (Entered: 04/14/2023) |
| 04/14/2023 | 26 | | NOTICE OF E-FILED CALENDAR: Preliminary Injunction Hearing is rescheduled to begin May 8, 2023 10:00 a.m., Courtroom Two, 141 Church Street, New Haven, CT. The parties are directed to confer and establish the availability of live witnesses, anticipated testimony length and other issues relevant to the efficient presentation of live testimony prior to the April 26, 2023 telephonic status conference. (Tooker, Aimee) (Entered: 04/14/2023) |
| 04/10/2023 | | | A telephonic status conference will be held 4/26/23 at 4:00 p.m. as follows: 1-877-402-9753; access code 3535720. (Tooker, Aimee) (Entered: 04/10/2023) |
| 04/04/2023 | 25 | | Joint STATUS REPORT by David J. Nastri. (Atkinson, Cameron) (Entered: 04/04/2023) |
| 04/03/2023 | 24 | | EXHIBIT *CORRECTED 23-4: Exhibit 1-49 (Ordinances and Laws About Parks)* by Katie Dykes re 23 Memorandum in Opposition to Motion,,,,. (Attachments: # 1 Exhibit CORRECTED 23-6: Exhibit 71-76 (Laws Addressing Hunting), # 2 Exhibit CORRECTED 23-7: Exhibit 77-103 (Laws Addressing Sensitive Places), # 3 Exhibit CORRECTED 23-8: Exhibit 104-117 (D.E.E.P.))(Bochain, Thadius) (Entered: 04/03/2023) |
| 03/30/2023 | 23 | | Memorandum in Opposition re 14 Emergency MOTION for Preliminary Injunction *(Amended Per 1/27/23 Colloquy With Court & Defendant)* filed by Katie Dykes. (Attachments: # 1 Exhibit List, # 2 Exhibit Excerpt List, # 3 Affidavit Declaration of AAG Timothy Holzman, # 4 Exhibit 1-49 (Ordinances and Laws About Parks), # 5 Exhibit 50-70 (Ordinances and Laws About Parks), # 6 Exhibit 71-76 (Laws Addressing Hunting), # 7 Exhibit 77-103 (Laws Addressing Sensitive Places), # 8 Exhibit 104-117 (D.E.E.P.), # 9 Exhibit 118-124 (University Regulations), # 10 Exhibit 125-129 (Militias and Parades), # 11 Exhibit 130-132 (Additional), # 12 Affidavit Expert Prof. Leah Glaser, # 13 Affidavit Expert Prof. Terence Young, # 14 Affidavit Expert Prof. Saul Cornell, # 15 Affidavit DEEP Col. Lewis, # 16 Affidavit DEEP Thomas Tyler, # 17 Affidavit DECD CMO Anthony Anthony, # 18 Affidavit Superintendent Gary Highsmith_Hamden, # 19 Affidavit Superintendent Mark Benigni_Meriden, # 20 Supplement Secondary Sources, # 21 Supplement Unreported Decisions)(Bochain, Thadius) (Entered: 03/30/2023) |
| 03/30/2023 | 22 | | MOTION to Dismiss for Lack of Jurisdiction *Amended Complaint 13* by Katie Dykes.Responses due by 4/20/2023 (Attachments: # 1 Memorandum in Support)(Holzman, Timothy) (Entered: 03/30/2023) |
| 03/14/2023 | 21 | | ORDER granting 20 Motion for Leave to File Excess Pages, without objection, not to exceed 55 pages. Signed by Judge Janet Bond Arterton on 3/14/23. (Tooker, Aimee) (Entered: 03/14/2023) |
| 03/09/2023 | 20 | | First MOTION for Leave to File Excess Pages by Katie Dykes. (Sullivan, Blake) (Entered: 03/09/2023) |
| 02/22/2023 | | | Answer deadline updated for All Defendants. (Tooker, Aimee) (Entered: 02/22/2023) |
| 02/22/2023 | 19 | | ORDER granting Consent MOTION for Extension of Time until March 30, 2023 to respond to Plaintiff's Amended Complaint. Signed by Judge Janet Bond Arterton on 2/22/23. (Tooker, Aimee) (Entered: 02/22/2023) |

| | | |
|---|---|---|
| 02/15/2023 | 18 | Consent MOTION for Extension of Time until March 30, 2023 to respond to Plaintiff's Amended Complaint by Katie Dykes. (Holzman, Timothy) (Entered: 02/15/2023) |
| 02/11/2023 | 17 | SUMMONS Returned Executed by David J. Nastri. Katie Dykes served on 1/31/2023, answer due 2/21/2023. (Atkinson, Cameron) (Entered: 02/11/2023) |
| 01/30/2023 | 16 | Preliminary Injunction Hearing set for 5/1/2023 to 5/4/2023 10:00 AM to 3:00 PM in Courtroom Two, 141 Church St., New Haven, CT. (Tooker, Aimee) (Entered: 01/30/2023) |
| 01/30/2023 | 15 | SCHEDULING ORDER: Pursuant to the colloquy with counsel on the record 1/27/23, the following is ordered: 1.Plaintiff's Emergency Motion for a Temporary Restraining Order 8 is denied without prejudice in light of expedited preliminary injunction schedule; the preliminary injunction is under advisement under the schedule set forth below. 2.Plaintiff's Amended Complaint and revised Supporting Memoranda was served on 1/29/23; Defendant's opposition to the preliminary injunction is due 3/30/23 by 5:00 pm; Plaintiff's reply is due 4/14/23 by 5:00 pm. Defendant's opposition brief is not to exceed 40 pages, and the Plaintiff's response is not to exceed 14 pages. 3.The parties are directed to file a status report by 4/4/23. 4.A preliminary injunction hearing will be held from 5/1/23 to 5/4/23 from 10:00 a.m. to 3:00 p.m. daily. Signed by Judge Janet Bond Arterton on 1/27/23.(Tooker, Aimee) (Entered: 01/30/2023) |
| 01/28/2023 | 14 | Emergency MOTION for Preliminary Injunction *(Amended Per 1/27/23 Colloquy With Court & Defendant)* by David J. Nastri.Responses due by 2/18/2023 (Attachments: # 1 Memorandum in Support, # 2 Supplement FRCP 65 Certification of Counsel)(Atkinson, Cameron) (Entered: 01/28/2023) |
| 01/28/2023 | 13 | AMENDED COMPLAINT *(Verified)* against Katie Dykes, filed by David J. Nastri. (Attachments: # 1 Exhibit A - List of Connecticut State Parks, # 2 Exhibit B - Conn. Agencies Reg. 23-4-1, # 3 Exhibit C - Conn. Agencies Reg. 23-4-5, # 4 Exhibit D - DEEP FAQ About Hunting, # 5 Exhibit E - DEEP Sleeping Giant State Park Overview, # 6 Exhibit F - Sleeping Giant Park Association Overview, # 7 Exhibit G - DEEP Resources Web Page For Sleeping Giant State Park, # 8 Exhibit H - Sleeping Giant Park Association Recreational Activities, # 9 Exhibit I - DEEP Official Map of Sleeping Giant State Park, # 10 Exhibit J - DEEP List of State Parks & Forests With Recreational Activities, # 11 Exhibit K - DEEP Official Map of Naugatuck State Forest, # 12 Exhibit L - DEEP List of State Shooting Ranges, # 13 Exhibit M - Correspondence Between Nastri & DEEP, # 14 Exhibit N - Oct. 29, 2020 Legislative Research Report Adopted By DEEP)(Atkinson, Cameron) (Entered: 01/28/2023) |
| 01/27/2023 | 12 | Minute Entry for proceedings held before Judge Janet Bond Arterton: Telephonic Scheduling Conference held on 1/27/2023. TOTAL TIME: 52 minutes(Court Reporter Corrine Thomas.) (Sichanh, Christina) (Entered: 01/27/2023) |
| 01/26/2023 | 11 | NOTICE of Appearance by Thadius Latimer Bochain on behalf of Katie Dykes (Bochain, Thadius) (Entered: 01/26/2023) |
| 01/26/2023 | 10 | NOTICE of Appearance by Timothy J. Holzman on behalf of Katie Dykes (Holzman, Timothy) (Entered: 01/26/2023) |
| 01/26/2023 | 9 | NOTICE of Appearance by Blake Thomas Sullivan on behalf of Katie Dykes (Sullivan, Blake) (Entered: 01/26/2023) |
| 01/18/2023 | | A telephonic scheduling conference will be held 1/27/23 at 3:00 p.m. as follows: 1-877-402-9753; access code 3535720. (Tooker, Aimee) (Entered: 01/18/2023) |
| 01/17/2023 | 8 | Emergency MOTION for Preliminary Injunction *(Ex Parte Relief Not Sought)* (Responses due by 2/7/2023, ), Emergency MOTION for Temporary Restraining Order |

Case 3:23-cv-00056-JBA Document 62 Filed 07/14/2023 Page 6 of 15

| | | |
|---|---|---|
| | | *(Ex Parte Relief Not Sought)* by David J. Nastri. (Attachments: # 1 Memorandum in Support, # 2 Supplement FRCP 65 Certification of Counsel)(Atkinson, Cameron) (Entered: 01/17/2023) |
| 01/17/2023 | 7 | ELECTRONIC SUMMONS ISSUED in accordance with Fed. R. Civ. P. 4 and LR 4 as to *Katie Dykes* with answer to complaint due within *21* days. Attorney *Cameron Lee Atkinson-Atkinson Law, LLC* *122 Litchfield Road* *P.O. Box 340 Ste. 2* *Harwinton, CT 06791*. (Sichanh, Christina) (Entered: 01/17/2023) |
| 01/17/2023 | 6 | NOTICE TO COUNSEL/SELF-REPRESENTED PARTIES : Counsel or self-represented parties initiating or removing this action are responsible for serving all parties with attached documents and copies of 4 Electronic Filing Order, 3 Order on Pretrial Deadlines, 2 Notice re: Disclosure Statement,, 5 Protective Order, 1 Complaint, filed by David J. Nastri.<br>Signed by Clerk on 1/17/2023.(Sichanh, Christina) (Entered: 01/17/2023) |
| 01/14/2023 | 5 | STANDING PROTECTIVE ORDER<br>Signed by Judge Janet Bond Arterton on 1/14/2023.(Sichanh, Christina) (Entered: 01/17/2023) |
| 01/14/2023 | 4 | ELECTRONIC FILING ORDER FOR COUNSEL - PLEASE ENSURE COMPLIANCE WITH COURTESY COPY REQUIREMENTS IN THIS ORDER<br>Signed by Judge Janet Bond Arterton on 1/14/2023.(Sichanh, Christina) (Entered: 01/17/2023) |
| 01/14/2023 | 3 | Order on Pretrial Deadlines: Amended Pleadings due by 3/15/2023 Discovery due by 7/16/2023 Dispositive Motions due by 8/20/2023<br>Signed by Clerk on 1/14/2023.(Sichanh, Christina) (Entered: 01/17/2023) |
| 01/14/2023 | | Judge Janet Bond Arterton and Judge Robert M. Spector added. (Oliver, T.) (Entered: 01/17/2023) |
| 01/14/2023 | 2 | Notice: Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1, any nongovernmental corporate party must electronically file a disclosure statement that identifies any parent corporation and any publicly held corporation owning 10% or more of its stock or states that there is no such corporation. Such disclosure statement must be filed with a party's first appearance, pleading, petition, motion, response, or other request addressed to the Court and must be supplemented if any required information changes during the case.<br>Signed by Clerk on 1/14/23.(Hushin, Z.) (Entered: 01/17/2023) |
| 01/14/2023 | | Request for Clerk to issue summons as to Katie Scharf Dykes. (Atkinson, Cameron) (Entered: 01/14/2023) |
| 01/14/2023 | 1 | COMPLAINT *(Verified)* against Katie Scharf Dykes ( Filing fee $402 receipt number ACTDC-7200066.), filed by David J. Nastri. (Attachments: # 1 Exhibit A - List of Connecticut State Parks, # 2 Exhibit B - Conn. Agencies Reg. 23-4-1, # 3 Exhibit C - Conn. Agencies Reg. 23-4-5, # 4 Exhibit D - DEEP FAQ About Hunting, # 5 Exhibit E - DEEP Sleeping Giant State Park Overview, # 6 Exhibit F - Sleeping Giant Park Association Overview, # 7 Exhibit G - DEEP Resources Web Page For Sleeping Giant State Park, # 8 Exhibit H - Sleeping Giant Park Association Recreational Activities, # 9 Exhibit I - DEEP Official Map of Sleeping Giant State Park, # 10 Exhibit J - DEEP List of State Parks & Forests With Recreational Activities, # 11 Exhibit K - DEEP Official Map of Naugatuck State Forest, # 12 Exhibit L - DEEP List of State Shooting Ranges, # 13 Exhibit M - Correspondence Between Nastri & DEEP, # 14 Exhibit N - Oct. 29, 2020 Legislative Research Report Adopted By DEEP)(Atkinson, Cameron) (Entered: 01/14/2023) |

Case 3:23-cv-00056-JBA Document 48 Filed 04/19/23 Page 7 of 7

APPEAL,EFILE,RMS

# U.S. District Court
## District of Connecticut (New Haven)
### CIVIL DOCKET FOR CASE #: 3:23−cv−00056−JBA
*Internal Use Only*

| | |
|---|---|
| Nastri v. Dykes<br>Assigned to: Judge Janet Bond Arterton<br>Referred to: Judge Robert M. Spector<br>Cause: 42:1983 Civil Rights Act | Date Filed: 01/14/2023<br>Jury Demand: None<br>Nature of Suit: 440 Civil Rights: Other<br>Jurisdiction: Federal Question |

**Plaintiff**

**David J. Nastri**     represented by **Cameron Lee Atkinson**
Atkinson Law, LLC
122 Litchfield Road
P.O. Box 340
Ste. 2
Harwinton, CT 06791
203−677−0782
Email: catkinson@atkinsonlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Katie Dykes**     represented by **Blake Thomas Sullivan**
*in her official capacity only*
Office of the Attorney General
165 Capitol Ave
Ste 5th Fl
Hartford, CT 06106
860−808−5296
Fax: 860−808−5347
Email: blake.sullivan@ct.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thadius Latimer Bochain**
Office of the Attorney General
165 Capitol Ave.
Hartford, CT 06106
860−808−5020
Fax: 860−808−5347
Email: thadius.bochain@ct.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy J. Holzman**
State of CT, Office of the Attorney General
165 Capitol Avenue
Hartford, CT 06106
860−808−5210
Email: timothy.holzman@ct.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/14/2023 | 1 | COMPLAINT *(Verified)* against Katie Scharf Dykes ( Filing fee $402 receipt number ACTDC−7200066.), filed by David J. Nastri. (Attachments: # 1 Exhibit A − List of Connecticut State Parks, # 2 Exhibit B − Conn. Agencies Reg. 23−4−1, # 3 Exhibit C |

|            |    |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                          |
|------------|----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |    | – Conn. Agencies Reg. 23–4–5, # [4](#) Exhibit D – DEEP FAQ About Hunting, # [5](#) Exhibit E – DEEP Sleeping Giant State Park Overview, # [6](#) Exhibit F – Sleeping Giant Park Association Overview, # [7](#) Exhibit G – DEEP Resources Web Page For Sleeping Giant State Park, # [8](#) Exhibit H – Sleeping Giant Park Association Recreational Activities, # [9](#) Exhibit I – DEEP Official Map of Sleeping Giant State Park, # [10](#) Exhibit J – DEEP List of State Parks & Forests With Recreational Activities, # [11](#) Exhibit K – DEEP Official Map of Naugatuck State Forest, # [12](#) Exhibit L – DEEP List of State Shooting Ranges, # [13](#) Exhibit M – Correspondence Between Nastri & DEEP, # [14](#) Exhibit N – Oct. 29, 2020 Legislative Research Report Adopted By DEEP)(Atkinson, Cameron) (Entered: 01/14/2023) |
| 01/14/2023 |    | Request for Clerk to issue summons as to Katie Scharf Dykes. (Atkinson, Cameron) (Entered: 01/14/2023)                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                   |
| 01/14/2023 | 2  | Notice: Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1, any nongovernmental corporate party must electronically file a disclosure statement that identifies any parent corporation and any publicly held corporation owning 10% or more of its stock or states that there is no such corporation. Such disclosure statement must be filed with a party's first appearance, pleading, petition, motion, response, or other request addressed to the Court and must be supplemented if any required information changes during the case.<br>Signed by Clerk on 1/14/23.(Hushin, Z.) (Entered: 01/17/2023)                                                               |
| 01/14/2023 |    | Judge Janet Bond Arterton and Judge Robert M. Spector added. (Oliver, T.) (Entered: 01/17/2023)                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                          |
| 01/14/2023 | 3  | Order on Pretrial Deadlines: Amended Pleadings due by 3/15/2023 Discovery due by 7/16/2023 Dispositive Motions due by 8/20/2023<br>Signed by Clerk on 1/14/2023.(Sichanh, Christina) (Entered: 01/17/2023)                                                                                                                                                                                                                                                                                                                                                                                                                                                                                |
| 01/14/2023 | 4  | ELECTRONIC FILING ORDER FOR COUNSEL – PLEASE ENSURE COMPLIANCE WITH COURTESY COPY REQUIREMENTS IN THIS ORDER<br>Signed by Judge Janet Bond Arterton on 1/14/2023.(Sichanh, Christina) (Entered: 01/17/2023)                                                                                                                                                                                                                                                                                                                                                                                                                                                                               |
| 01/14/2023 | 5  | STANDING PROTECTIVE ORDER<br>Signed by Judge Janet Bond Arterton on 1/14/2023.(Sichanh, Christina) (Entered: 01/17/2023)                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                  |
| 01/17/2023 | 6  | NOTICE TO COUNSEL/SELF–REPRESENTED PARTIES : Counsel or self–represented parties initiating or removing this action are responsible for serving all parties with attached documents and copies of 4 Electronic Filing Order, 3 Order on Pretrial Deadlines, 2 Notice re: Disclosure Statement,, 5 Protective Order, 1 Complaint, filed by David J. Nastri.<br>Signed by Clerk on 1/17/2023.(Sichanh, Christina) (Entered: 01/17/2023)                                                                                                                                                                                                                                                      |
| 01/17/2023 | 7  | ELECTRONIC SUMMONS ISSUED in accordance with Fed. R. Civ. P. 4 and LR 4 as to *Katie Dykes* with answer to complaint due within *21* days. Attorney *Cameron Lee Atkinson–Atkinson Law, LLC* *122 Litchfield Road* *P.O. Box 340 Ste. 2* *Harwinton, CT 06791*. (Sichanh, Christina) (Entered: 01/17/2023)                                                                                                                                                                                                                                                                                                                                                                                 |
| 01/17/2023 | 8  | Emergency MOTION for Preliminary Injunction *(Ex Parte Relief Not Sought)* (Responses due by 2/7/2023, ), Emergency MOTION for Temporary Restraining Order *(Ex Parte Relief Not Sought)* by David J. Nastri. (Attachments: # 1 Memorandum in Support, # 2 Supplement FRCP 65 Certification of Counsel)(Atkinson, Cameron) (Entered: 01/17/2023)                                                                                                                                                                                                                                                                                                                                           |
| 01/18/2023 |    | A telephonic scheduling conference will be held 1/27/23 at 3:00 p.m. as follows: 1–877–402–9753; access code 3535720. (Tooker, Aimee) (Entered: 01/18/2023)                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                               |
| 01/26/2023 | 9  | NOTICE of Appearance by Blake Thomas Sullivan on behalf of Katie Dykes (Sullivan, Blake) (Entered: 01/26/2023)                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                            |
| 01/26/2023 | 10 | NOTICE of Appearance by Timothy J. Holzman on behalf of Katie Dykes (Holzman, Timothy) (Entered: 01/26/2023)                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                              |
| 01/26/2023 | 11 | NOTICE of Appearance by Thadius Latimer Bochain on behalf of Katie Dykes (Bochain, Thadius) (Entered: 01/26/2023)                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                         |

| Date | # | Description |
|---|---|---|
| 01/27/2023 | 12 | Minute Entry for proceedings held before Judge Janet Bond Arterton: Telephonic Scheduling Conference held on 1/27/2023. TOTAL TIME: 52 minutes(Court Reporter Corrine Thomas.) (Sichanh, Christina) (Entered: 01/27/2023) |
| 01/28/2023 | 13 | AMENDED COMPLAINT *(Verified)* against Katie Dykes, filed by David J. Nastri. (Attachments: # 1 Exhibit A – List of Connecticut State Parks, # 2 Exhibit B – Conn. Agencies Reg. 23–4–1, # 3 Exhibit C – Conn. Agencies Reg. 23–4–5, # 4 Exhibit D – DEEP FAQ About Hunting, # 5 Exhibit E – DEEP Sleeping Giant State Park Overview, # 6 Exhibit F – Sleeping Giant Park Association Overview, # 7 Exhibit G – DEEP Resources Web Page For Sleeping Giant State Park, # 8 Exhibit H – Sleeping Giant Park Association Recreational Activities, # 9 Exhibit I – DEEP Official Map of Sleeping Giant State Park, # 10 Exhibit J – DEEP List of State Parks & Forests With Recreational Activities, # 11 Exhibit K – DEEP Official Map of Naugatuck State Forest, # 12 Exhibit L – DEEP List of State Shooting Ranges, # 13 Exhibit M – Correspondence Between Nastri & DEEP, # 14 Exhibit N – Oct. 29, 2020 Legislative Research Report Adopted By DEEP)(Atkinson, Cameron) (Entered: 01/28/2023) |
| 01/28/2023 | 14 | Emergency MOTION for Preliminary Injunction *(Amended Per 1/27/23 Colloquy With Court & Defendant)* by David J. Nastri.Responses due by 2/18/2023 (Attachments: # 1 Memorandum in Support, # 2 Supplement FRCP 65 Certification of Counsel)(Atkinson, Cameron) (Entered: 01/28/2023) |
| 01/30/2023 | 15 | SCHEDULING ORDER: Pursuant to the colloquy with counsel on the record 1/27/23, the following is ordered: 1.Plaintiff's Emergency Motion for a Temporary Restraining Order 8 is denied without prejudice in light of expedited preliminary injunction schedule; the preliminary injunction is under advisement under the schedule set forth below. 2.Plaintiff's Amended Complaint and revised Supporting Memoranda was served on 1/29/23; Defendant's opposition to the preliminary injunction is due 3/30/23 by 5:00 pm; Plaintiff's reply is due 4/14/23 by 5:00 pm. Defendant's opposition brief is not to exceed 40 pages, and the Plaintiff's response is not to exceed 14 pages. 3.The parties are directed to file a status report by 4/4/23. 4.A preliminary injunction hearing will be held from 5/1/23 to 5/4/23 from 10:00 a.m. to 3:00 p.m. daily. Signed by Judge Janet Bond Arterton on 1/27/23.(Tooker, Aimee) (Entered: 01/30/2023) |
| 01/30/2023 | 16 | Preliminary Injunction Hearing set for 5/1/2023 to 5/4/2023 10:00 AM to 3:00 PM in Courtroom Two, 141 Church St., New Haven, CT. (Tooker, Aimee) (Entered: 01/30/2023) |
| 02/11/2023 | 17 | SUMMONS Returned Executed by David J. Nastri. Katie Dykes served on 1/31/2023, answer due 2/21/2023. (Atkinson, Cameron) (Entered: 02/11/2023) |
| 02/15/2023 | 18 | Consent MOTION for Extension of Time until March 30, 2023 to respond to Plaintiff's Amended Complaint by Katie Dykes. (Holzman, Timothy) (Entered: 02/15/2023) |
| 02/22/2023 | 19 | ORDER granting Consent MOTION for Extension of Time until March 30, 2023 to respond to Plaintiff's Amended Complaint. Signed by Judge Janet Bond Arterton on 2/22/23. (Tooker, Aimee) (Entered: 02/22/2023) |
| 02/22/2023 |  | Answer deadline updated for All Defendants. (Tooker, Aimee) (Entered: 02/22/2023) |
| 03/09/2023 | 20 | First MOTION for Leave to File Excess Pages by Katie Dykes. (Sullivan, Blake) (Entered: 03/09/2023) |
| 03/14/2023 | 21 | ORDER granting 20 Motion for Leave to File Excess Pages, without objection, not to exceed 55 pages. Signed by Judge Janet Bond Arterton on 3/14/23. (Tooker, Aimee) (Entered: 03/14/2023) |
| 03/30/2023 | 22 | MOTION to Dismiss for Lack of Jurisdiction *Amended Complaint 13* by Katie Dykes.Responses due by 4/20/2023 (Attachments: # 1 Memorandum in Support)(Holzman, Timothy) (Entered: 03/30/2023) |
| 03/30/2023 | 23 | Memorandum in Opposition re 14 Emergency MOTION for Preliminary Injunction *(Amended Per 1/27/23 Colloquy With Court & Defendant)* filed by Katie Dykes. (Attachments: # 1 Exhibit List, # 2 Exhibit Excerpt List, # 3 Affidavit Declaration of AAG Timothy Holzman, # 4 Exhibit 1–49 (Ordinances and Laws About Parks), # 5 Exhibit 50–70 (Ordinances and Laws About Parks), # 6 Exhibit 71–76 (Laws Addressing Hunting), # 7 Exhibit 77–103 (Laws Addressing Sensitive Places), # 8 Exhibit 104–117 (D.E.E.P.), # 9 Exhibit 118–124 (University Regulations), # 10 |

| | | |
|---|---|---|
| | | Exhibit 125–129 (Militias and Parades), # 11 Exhibit 130–132 (Additional), # 12 Affidavit Expert Prof. Leah Glaser, # 13 Affidavit Expert Prof. Terence Young, # 14 Affidavit Expert Prof. Saul Cornell, # 15 Affidavit DEEP Col. Lewis, # 16 Affidavit DEEP Thomas Tyler, # 17 Affidavit DECD CMO Anthony Anthony, # 18 Affidavit Superintendent Gary Highsmith_Hamden, # 19 Affidavit Superintendent Mark Benigni_Meriden, # 20 Supplement Secondary Sources, # 21 Supplement Unreported Decisions)(Bochain, Thadius) (Entered: 03/30/2023) |
| 04/03/2023 | 24 | EXHIBIT *CORRECTED 23–4: Exhibit 1–49 (Ordinances and Laws About Parks)* by Katie Dykes re 23 Memorandum in Opposition to Motion,,,,. (Attachments: # 1 Exhibit CORRECTED 23–6: Exhibit 71–76 (Laws Addressing Hunting), # 2 Exhibit CORRECTED 23–7: Exhibit 77–103 (Laws Addressing Sensitive Places), # 3 Exhibit CORRECTED 23–8: Exhibit 104–117 (D.E.E.P.))(Bochain, Thadius) (Entered: 04/03/2023) |
| 04/04/2023 | 25 | Joint STATUS REPORT by David J. Nastri. (Atkinson, Cameron) (Entered: 04/04/2023) |
| 04/10/2023 | | A telephonic status conference will be held 4/26/23 at 4:00 p.m. as follows: 1–877–402–9753; access code 3535720. (Tooker, Aimee) (Entered: 04/10/2023) |
| 04/14/2023 | 26 | NOTICE OF E–FILED CALENDAR: Preliminary Injunction Hearing is rescheduled to begin May 8, 2023 10:00 a.m., Courtroom Two, 141 Church Street, New Haven, CT. The parties are directed to confer and establish the availability of live witnesses, anticipated testimony length and other issues relevant to the efficient presentation of live testimony prior to the April 26, 2023 telephonic status conference. (Tooker, Aimee) (Entered: 04/14/2023) |
| 04/14/2023 | 27 | Memorandum in Opposition *(Oral Argument Not Requested)* re 22 MOTION to Dismiss for Lack of Jurisdiction *Amended Complaint 13* filed by David J. Nastri. (Atkinson, Cameron) (Entered: 04/14/2023) |
| 04/14/2023 | 28 | REPLY to Response to 14 Emergency MOTION for Preliminary Injunction *(Amended Per 1/27/23 Colloquy With Court & Defendant)* filed by David J. Nastri. (Atkinson, Cameron) (Entered: 04/14/2023) |
| 04/26/2023 | 29 | Minute Entry for proceedings held before Judge Janet Bond Arterton: Telephonic Status Conference held on 4/26/2023. TOTAL TIME: 19 minutes(Court Reporter Corrine Thomas.) (Sichanh, Christina) (Entered: 04/26/2023) |
| 04/28/2023 | 30 | MOTION for Extension of Time until May 3, 2023 for Defendant to Reply to Plaintiff's 27 Memorandum in Opposition to Motion by Katie Dykes. (Sullivan, Blake) (Entered: 04/28/2023) |
| 04/28/2023 | 31 | ORDER granting on consent 30 Motion for Extension of Time until May 3, 2023 for Defendant to Reply to Plaintiff's 27 Memorandum in Opposition to Motion to Defendant's Motion to Dismiss. Defendant's Reply shall be filed by 5pm on May 3, 2023. Signed by Judge Janet Bond Arterton on 4/28/2023. (Anderson, Colleen) (Entered: 04/28/2023) |
| 04/28/2023 | 32 | NOTICE OF E–FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. Preliminary injunction hearing will be held 5/9/23 and 5/10/23; 10:00 a.m. – 3:00 p.m. in Courtroom Two, 141 Church Street, New Haven, CT. (Tooker, Aimee) (Entered: 04/28/2023) |
| 05/03/2023 | 33 | RESPONSE re 27 Memorandum in Opposition to Motion *to Dismiss* filed by Katie Dykes. (Attachments: # 1 Exhibit A – Deposition of David J. Nastri Transcript, # 2 Exhibit B – Unreported Cases)(Sullivan, Blake) (Entered: 05/03/2023) |
| 05/08/2023 | 34 | Proposed Exhibit List by Katie Dykes. (Sullivan, Blake) (Entered: 05/08/2023) |
| 05/08/2023 | 35 | Joint STIPULATION *Of Facts For Purposes Of Preliminary Injunction Hearing Only* by David J. Nastri. (Atkinson, Cameron) (Entered: 05/08/2023) |
| 05/09/2023 | 36 | EXHIBIT *Defendant's Ex. 144 – Transcription of Ex. 143 taken from digital archive* by Katie Dykes. (Sullivan, Blake) (Entered: 05/09/2023) |

| | | |
|---|---|---|
| 05/09/2023 | 38 | Minute Entry. Proceedings held before Judge Janet Bond Arterton: Preliminary Injunction Hearing held on 5/9/2023 re 8 Emergency MOTION for Preliminary Injunction *(Ex Parte Relief Not Sought)*Emergency MOTION for Temporary Restraining Order *(Ex Parte Relief Not Sought)* filed by David J. Nastri. Total Time: 4 hours and 56 minutes(Court Reporter Corinne Thomas) (Barry, L) (Entered: 05/22/2023) |
| 05/10/2023 | 39 | Minute Entry. Proceedings held before Judge Janet Bond Arterton: Preliminary Injunction Hearing held on 5/10/2023 re 8 Emergency MOTION for Preliminary Injunction *(Ex Parte Relief Not Sought)*Emergency MOTION for Temporary Restraining Order *(Ex Parte Relief Not Sought)* filed by David J. Nastri. Total Time: 5 hours and 19 minutes(Court Reporter Corinne Thomas) (Barry, L) (Entered: 05/22/2023) |
| 05/11/2023 | 37 | TRANSCRIPT of Proceedings: Type of Hearing: Preliminary Injunction Hearing. Held on 5/9/2023 before Judge Janet Bond Arterton. Court Reporter: Corinne Thomas. **IMPORTANT NOTICE – REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 6/1/2023. Redacted Transcript Deadline set for 6/11/2023. Release of Transcript Restriction set for 8/9/2023. (Thomas, Corinne) (Entered: 05/11/2023) |
| 05/30/2023 | 40 | MOTION for Leave to File *Supplemental Brief* by Katie Dykes. (Attachments: # 1 Koons v. Platkin)(Holzman, Timothy) (Entered: 05/30/2023) |
| 05/31/2023 | 41 | ORDER granting 40 Defendant's Motion for Leave to File a Supplemental Brief, not to exceed 5 pages, addressing the recently issued decision Koons v. Platkin, No. 22–7464 (RMB/AMD), 2023 WL 3478604 (D.N.J. May 16, 2023). Defendant's brief shall be filed by June 7, 2023; Plaintiff's response brief, also not to exceed 5 pages, shall be filed by June 14, 2023. Signed by Judge Janet Bond Arterton on 5/31/2023. (Anderson, Colleen) (Entered: 05/31/2023) |
| 06/07/2023 | 42 | RESPONSE re 41 Order on Motion for Leave to File, *Defendant's Supplemental Brief* filed by Katie Dykes. (Sullivan, Blake) (Entered: 06/07/2023) |
| 06/14/2023 | 43 | RESPONSE re 41 Order on Motion for Leave to File, 42 Response filed by David J. Nastri. (Attachments: # 1 Exhibit A – Excerpted Testimony of Professor Saul Cornell)(Atkinson, Cameron) (Entered: 06/14/2023) |
| 07/04/2023 | 44 | TRANSCRIPT of Proceedings: Type of Hearing: Preliminary Injunction Hearing. Held on 5/10/2023 before Judge Janet Bond Arterton. Court Reporter: Corinne Thomas. **IMPORTANT NOTICE – REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 7/25/2023. Redacted Transcript Deadline set for 8/4/2023. Release of Transcript Restriction set for 10/2/2023. (Thomas, Corinne) (Entered: 07/04/2023) |
| 07/07/2023 | 45 | NOTICE by Katie Dykes *of Supplemental Authority* (Attachments: # 1 MD USDC Decision)(Holzman, Timothy) (Entered: 07/07/2023) |
| 07/12/2023 | 46 | ORDER denying 8 Motion for Preliminary Injunction and 8 Motion for TRO as moot in light of the amended preliminary injunction 14 ; granting 22 Motion to Dismiss for Lack of Jurisdiction; and denying 14 Motion for Preliminary Injunction for lack of |

| | | |
|---|---|---|
| | | subject matter jurisdiction. Signed by Judge Janet Bond Arterton on 7/12/2023. (Anderson, Colleen) (Entered: 07/12/2023) |
| 07/12/2023 | 47 | NOTICE OF APPEAL as to 46 Order on Motion for Preliminary Injunction,, Order on Motion for TRO,,,, Order on Motion to Dismiss/Lack of Jurisdiction, by David J. Nastri. Filing fee $ 505, receipt number ACTDC–7412024. (Atkinson, Cameron) (Entered: 07/12/2023) |
| 07/14/2023 | 48 | CLERK'S CERTIFICATE RE: INDEX AND RECORD ON APPEAL re: 47 Notice of Appeal. The attached docket sheet is hereby certified as the entire Index/Record on Appeal in this matter and electronically sent to the Court of Appeals, with the exception of any manually filed documents as noted below. Dinah Milton Kinney, Clerk. Documents manually filed not included in this transmission: none (Sichanh, Christina) (Entered: 07/14/2023) |

## CA02db Intake

| | |
|---|---|
| **From:** | CMECF@ctd.uscourts.gov |
| **Sent:** | Friday, July 14, 2023 1:12 PM |
| **To:** | CTD CMECF |
| **Subject:** | Activity in Case 3:23-cv-00056-JBA Nastri v. Dykes Clerk's Certificate re: Notice of Appeal |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

District of Connecticut

## Notice of Electronic Filing

The following transaction was entered on 7/14/2023 at 1:11 PM EDT and filed on 7/14/2023
**Case Name:** Nastri v. Dykes
**Case Number:** [3:23-cv-00056-JBA](#)
**Filer:**
**Document Number:** [48](#)

**Docket Text:**
**CLERK'S CERTIFICATE RE: INDEX AND RECORD ON APPEAL re: [47] Notice of Appeal. The attached docket sheet is hereby certified as the entire Index/Record on Appeal in this matter and electronically sent to the Court of Appeals, with the exception of any manually filed documents as noted below. Dinah Milton Kinney, Clerk. Documents manually filed not included in this transmission: none (Sichanh, Christina)**

**3:23-cv-00056-JBA Notice has been electronically mailed to:**

Blake Thomas Sullivan     blake.sullivan@ct.gov

Timothy J. Holzman     timothy.holzman@ct.gov

Cameron Lee Atkinson     catkinson@atkinsonlawfirm.com

Thadius Latimer Bochain     thadius.bochain@ct.gov

**3:23-cv-00056-JBA Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

1

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1034868047 [Date=7/14/2023] [FileNumber=7544328-0
] [28defed9833866fd6bf2befbac272dfa955b5eb58ed130d6c6081fde0b784fbd16c
608e3afc6711a122991740c9023884591955664e76acd9db2f0707898eaec]]