## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

**Short Title:** Nastri v. Dykes  **Docket No.:** 23-1023-cv

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

**Name:** Timothy J. Holzman - Assistant Attorney General

**Firm:** Connecticut Office of the Attorney General, Special Litigation Section

**Address:** 165 Capitol Avenue, Hartford CT 06106

**Telephone:** 860-808-5212  **Fax:** 860-808-5347

**E-mail:** timothy.holzman@ct.gov

**Appearance for:** Defendant-Appellee Katie Dykes
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Thadius Latimer Bochain, Assistant Attorney General )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

### CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____ .

**Signature of Counsel:** /s/ Timothy J. Holzman

**Type or Print Name:** Timothy J. Holzman

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 21, 2023, I caused the foregoing Notice of Appearance for Substitute, Additional, or Amicus Counsel to be filed electronically with the Clerk of the Court for the United States Court of Appeals for the Second Circuit by using the Appellate CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and served by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

                                          */s/ Timothy J. Holzman*
                                           Timothy J. Holzman
                                          Assistant Attorney General

Cameron L. Atkinson
Atkinson Law, LLC.
122 Litchfield Road, Ste. 2,
P. O. Box 340
Harwington, CT 06791