# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

 At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 29th day of August, two thousand twenty-three.

---

David J. Nastri,

  Plaintiff - Appellant,

v.

Katie Dykes, in her official capacity,

  Defendant - Appellee.

---

**ORDER**

Docket No. 23-1023

 On July 28, 2023, the Court granted Appellant's motion to stay this appeal due to a pending motion in the district court. The district court having denied the motion in an order dated August 16, 2023,

 IT IS ORDERED that the stay of this appeal is hereby lifted. Appellant must file Forms C and D within 14 days of the date of this order.

      For the Court:

      Catherine O'Hagan Wolfe,
      Clerk of Court

