# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

DAVID J. NASTRI,
*Plaintiff,*  Civil No. 3:23-cv-00056 (JBA)

v.

KATIE DYKES
*Defendant.*  August 22, 2018

## **JUDGMENT**

This matter came on for consideration on the Defendant's Motion to Dismiss (Doc. #22) before the Honorable Janet Bond Arterton, United States District Judge. On July 12, 2023, the Court entered an Order (Doc. #46) granting that motion and dismissing the case without prejudice. The Order also denied the Motion for Preliminary Injunction (Doc. #14) for lack of subject matter jurisdiction because the Plaintiff lacks standing.

It is therefore ORDERED, ADJUDGED, and DECREED that judgment is entered for the Defendant and the case is closed.

Dated at New Haven, Connecticut, this 22nd day of August 2023.

Dinah Milton Kinney, Clerk

By:  _____/s/_____
Liana Barry, Deputy Clerk

EOD:  August 22, 2023