# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## CIVIL APPEAL TRANSCRIPT INFORMATION (FORM D)

**NOTICE TO COUNSEL:** COUNSEL FOR THE APPELLANT MUST FILE THIS FORM WITH THE CLERK OF THE SECOND CIRCUIT IN ALL CIVIL APPEALS WITHIN 14 CALENDAR DAYS AFTER FILING A NOTICE OF APPEAL.

| THIS SECTION MUST BE COMPLETED BY COUNSEL FOR APPELLANT | | |
|---|---|---|
| **CASE TITLE**<br>David J. Nastri<br><br>v.<br><br>Katie Dykes | **DISTRICT**<br>D. Conn. | **DOCKET NUMBER**<br>3:23-cv-00056-JBA |
| | **JUDGE**<br>Janet Bond Arterton | **APPELLANT**<br>David J. Nastri |
| | **COURT REPORTER**<br>Corrinne Thomas | **COUNSEL FOR APPELLANT**<br>Cameron L. Atkinson |

Check the applicable provision:

- [ ] **I am ordering a transcript.**
- [✓] **I am not ordering a transcript**

**Reason for not ordering a transcript:**

- [✓] **Copy is already available**
- [ ] **No transcribed proceedings**
- [ ] **Other** (Specify in the space below):

**PROVIDE A DESCRIPTION, INCLUDING DATES, OF THE PROCEEDINGS FOR WHICH A TRANSCRIPT IS REQUIRED** (*i.e.*, oral argument, order from the bench, etc.)

**METHOD OF PAYMENT**   [ ] Funds   [ ] CJA Voucher (CJA 21)

**INSTRUCTIONS TO COURT REPORTER:**

- [✓] **PREPARE TRANSCRIPT OF PRE-TRIAL PROCEEDINGS**
- [ ] **PREPARE TRANSCRIPT OF TRIAL**
- [ ] **PREPARE TRANSCRIPT OF OTHER POST-TRIAL PROCEEDINGS**
- [ ] **OTHER** (Specify in the space below):

**DELIVER TRANSCRIPT TO:  (COUNSEL'S NAME, ADDRESS, TELEPHONE)**

**I certify that I have made satisfactory arrangements with the court reporter for payment of the cost of the transcript.** *See* **FRAP 10(b).  I understand that unless I have already ordered the transcript, I shall order its preparation at the time required by FRAP and the Local Rules.**

| COUNSEL'S SIGNATURE | DATE |
|---|---|
| /s/ Cameron L. Atkinson | 9/12/2023 |

COURT REPORTER ACKNOWLEDGMENT:  This section is to be completed by the court reporter.  Return one copy to the Clerk of the Second Circuit.

| DATE ORDER RECEIVED | ESTIMATED COMPLETION DATE | ESTIMATED NUMBER OF PAGES |
|---|---|---|
| SIGNATURE OF COURT REPORTED | | DATE |