# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

**Short Title:** Nastri v. Dykes  **Docket No.:** 23-1023-cv

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

**Name:** Blake T. Sullivan

**Firm:** Connecticut Office of the Attorney General

**Address:** 165 Capitol Avenue, Hartford, CT 06106

**Telephone:** 860-808-8212   **Fax:** 860-808-5347

**E-mail:** blake.sullivan@ct.gov

**Appearance for:** Defendant - Appellee, Katie Dykes
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Thadius L. Bochain and Timothy J. Holzman )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____ .

**Signature of Counsel:** /s/ Blake T. Sullivan

**Type or Print Name:** Blake T. Sullivan

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 14 2023, I caused the foregoing Notice of Appearance for Substitute, Additional, or Amicus Counsel to be filed electronically with the Clerk of the Court for the United States Court of Appeals for the Second Circuit by using the Appellate CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Blake T. Sullivan*
Blake T. Sullivan
Assistant Attorney General