**United States Court of Appeals for the Second Circuit**
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |
| Date: September 21, 2023<br>Docket #: 23-1023<br>Short Title: Nastri v. Dykes | DC Docket #: 23-cv-56<br>DC Court: CT (NEW HAVEN)<br>DC Judge: Arterton<br>DC Judge: Spector |

**NOTICE OF CASE MANAGER CHANGE**

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8527.